COLT, Appellant, v. COLT, Respondent. (Supreme Court, Appellate Division, First Department. December 18, 1914.) Action by Elizabeth B. Colt against Harris D. Colt. A. Gruber, of New York City, for appellant. G. F. Lewis, of New York City, for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements, with leave to plaintiff to amend on payment of costs. Order filed.

CLARKE and SCOTT, JJ., dissent, on De Brauwere v. De Brauwere, 203 N. Y. 463, 96 N. E. 722, 38 L. R. A. (N. S.) 508.

COMMONWEALTH OF KENTUCKY, Appellant, v. CHARLES E. MERRILL CO., Respondent. (Supreme Court, Appellate Division, First Department. November 27, 1914.) Action by the Commonwealth of Kentucky against the Charles E. Merrill Company. A. T. Sapinsky, of New York City, for appellant. P. Merrill, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

CONWAY, Respondent, v. NAYLOR et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 4, 1914.) Action by Evander Conway against George Naylor, Jr., and John Naylor, copartners, etc.

PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the event. The evidence clearly shows plaintiff to have been negligent. He himself set up the collar with the projecting set screws, and connected the shafting, erected the platform on which he stood, and decided how high he would build it. He was fully aware of the dangers from these revolving screws catching his clothing. He was not relieved from taking care because told to have the job finished that day. In order to measure the space above this collar, plaintiff admits standing about a foot from this shafting. He was free to determine for himself his position. Bourdon v. Plaza Operating Co., 160 App. Div. 768, 144 N. Y. Supp. 921. Apparently an inadvertent step brought his clothing into contact, an act for which he has only himself to blame.

CROW, Appellant, v. WARNER, Respondent. (Supreme Court, Appellate Division, First Department. November 27, 1914.) Action by David Crow against H. Dudley Warner. W. G. Phlippeau, of New York City, for appellant. M. S. Guiterman, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

D'AMATO et al. v. ELKEMA et al. (Supreme Court, Appellate Division, Second Department. November 13, 1914.) Action by Gaetano D'Amato and others against Annie V. Elkema and another, as substituted trustees, etc., of Mary A. Buskirk, deceased, and others.

PER CURIAM. Judgment reversed, and new trial granted, costs to abide the final award of costs, unless plaintiffs stipulate within 10 days after entry of the order herein to reduce the amount found due to them by the decision and the judgment to the sum of $5,492.02. If such stipulation is given, then the said judgment is affirmed, without costs, and the thirty-second finding of fact is modified, by crediting defendants with the expenses of the loan, $335, and one-half of the architect's fees, $125, and reducing the amount of the interest accordingly. A new finding may be presented containing these modifications.

DAVIS, Respondent, v. FAOUR et al., Appellants. (Supreme Court, Appellate Division, First Department. December 11, 1914.) Action by Hyman Davis against George J. Faour and others. A. Sutherland, for appellants. No opinion. Order reversed, with $10 costs and disbursements, and motion to dismiss complaint for want of prosecution granted, with $10 costs. Order filed.

DAZEY v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, First Department. December 24, 1914.) Action by Lucy H. Dazey against the New York Central & Hudson River Railroad Company. No opinion. Application denied, with $10 costs. Order signed. See, also, 150 N. Y. Supp. 58.

DEARDEN, Respondent, v. BLUHDORN et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 4, 1914.) Action by Charles C. Dearden against Chandler W. Bluhdorn and others, as trustees, etc., of Margaret M. Bluhdorn, deceased. No opinion. Judgment affirmed, with costs.

DE CALATRAVA, Respondent, v. REYNOLDS et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 18, 1914.) Action by Ella De Calatrava against Eleanora F. C. Reynolds and others. No opinion. Interlocutory judgment affirmed by default, with costs.

DEMAREST, Respondent, v. CARR, Appellant, et al. (Supreme Court, Appellate Division, First Department. December 11, 1914.) Action by Horace A. Demarest against Frank A. Carr, impleaded. G. H. Taylor, Jr., of New York City, for appellant. L. O. Van Doren, of New York City, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs. Order filed. See, also, 150 N. Y. Supp. 1082.

DEMAREST v. CARR. (Supreme Court, Appellate Division, First Department. December 24, 1914.) Action by Horace A. Demarest against Frank A. Carr. No opinion. Motion denied, with $10 costs. Order filed. See, also, 150 N. Y. Supp. 1082.

DE MITRY, Appellant, v. OLIN J. STEPHENS, Inc., Respondent (two cases). (Supreme Court, Appellate Division, First Department. November 20, 1914.) Actions by Cecelia De Mitry and by Ulisse De Mitry against Olin J. Stephens, Incorporated. E. Potter, of New York City, for appellants. L. A. Spalding,

of New York City, for respondent. No opinion. Judgments and orders affirmed, with costs. Orders filed. See, also, 150 N. Y. Supp. 1083.

DE MITRY v. OLIN J. STEPHENS, Inc. (two cases). (Supreme Court, Appellate Division, First Department. December 24, 1914.) Actions by Cecelia De Mitry and by Ulisse De Mitry against Olin J. Stephens, Incorporated. No opinion. Motions denied, with $10 costs. Order filed. See, also, 150 N. Y. Supp. 1082.

DE NYIRI, Appellant, v. LAKE SHORE & M. S. RY. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. December 2, 1914.) Action by John De Nyiri, as administrator, etc., against the Lake Shore & Michigan Southern Railway Company.

PER CURIAM. Order affirmed, with costs.

KRUSE, P. J., and LAMBERT, J., dissent, and vote for reversal, on the ground that the case was properly submitted to the jury.

DICKINSON, Respondent, v. TYSEN, Appellant, et al. (Supreme Court, Appellate Division, First Department. December 31, 1914.) Action by John J. Dickinson against David J. Tysen, impleaded with others. G. M. Pinney, of New York City, for appellant. L. J. Vorhaus, of New York City, for respondent.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to an amount equivalent to a commission of 2½ per cent., in which event the judgment, as so modified, and the order appealed from, are affirmed, without costs. Settle order on notice. See, also, 154 App. Div. 896, 138 N. Y. Supp. 1114.

LAUGHLIN and DOWLING, JJ., dissent, and vote to affirm.

DI PRETO et al., Respondents, v. CANAVAN BROS. CO., Appellant. (Supreme Court, Appellate Division, First Department. December 18, 1914.) Action by Carlina Di Preto and another against the Canavan Bros. Company. C. E. Sutherland, of New York City, for appellant. M. Feltenstein, of New York City, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

DOLPHIN, Respondent, v. PENDLETON, Appellant. (Supreme Court, Appellate Division, First Department. November 27, 1914.) Action by M. Martin Dolphin against Fields S. Pendleton, individually and as president, etc. A. F. Cushman, of New York City, for appellant. M. W. Wood, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 149 N. Y. Supp. 1078.

DOOLEY, Respondent, v. HAY FOUNDRY & IRON WORKS, Appellant. (Supreme Court, Appellate Division, Second Department. December 18, 1914.) Action by Mary Dooley, as administratrix, etc., against the Hay Foundry & Iron Works.

PER CURIAM. Judgment and order affirmed, with costs.

CARR, J., not voting.

DOSZTAL, Respondent, v. KOTTEN, Appellant. (Supreme Court, Appellate Division, First Department. December 24, 1914.) Action by Hellene Dosztal, as administratrix, against H. G. Kotten. G. P. Fall, of New York City, for appellant. Henry Leon Slobodin, of New York City, for respondent.

PER CURIAM. Judgment and order affirmed, with costs.

DOWLING and HOTCHKISS, JJ., dissent, and vote for reversal and dismissal of complaint, on the ground that there is no proof of the defendant's negligence, or of the absence of contributory negligence on the part of the plaintiff. Order filed.

DRESSLER, Appellant, v. KEYSTONE FILM CO., Respondent. (Supreme Court, Appellate Division, First Department. December 24, 1914.) Action by Marie Dressler against the Keystone Film Company. N. G. Goldberger, of New York City, for appellant. A. B. Graham, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

DREW, Appellant, v. COLEMAN, Respondent, et al. (No. 6675.) (Supreme Court, Appellate Division, First Department. December 31, 1914.) Appeal from Special Term, New York County. Action by John A. Drew against Charles Philip Coleman, impleaded, etc. From an order granting motion to make complaint more definite and certain, plaintiff appeals. Modified and affirmed. W. Bourke Cockran, of New York City, for appellant. David Leventritt, of New York City, for respondent.

PER CURIAM. The order appealed from should be modified as follows, and, as so modified, affirmed, without costs: Subdivision 1: Stricken out. Subdivision 2: Amended, so as to read as follows: "Whether or not it is intended to be alleged that this defendant or the board of directors of which he was a member received any part of the amount referred to in paragraph twenty-fifth of the complaint as 'various sums aggregating five and a half million dollars.'" Subdivision 3: Strike out the last 9 words thereof: "And, if a part, what amount was so received." Subdivision 4: Strike out the last 26 words thereof: "And, if a part of said sum, what amount is alleged to have so disappeared, and, if so, of what said wrongful acts or negligence consisted." Subdivision 5: Strike out the words: "And in what transaction or transactions." Subdivision 6: Strike out the words: "And, if a part what part."

DREW, Appellant, v. WOODIN, Respondent, et al. (No. 6676.) (Supreme Court, Appellate Division, First Department. December 31, 1914.) Appeal from Special Term, New York County. Action by John A. Drew against William H. Woodin, impleaded, etc. From an order